UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAURICE McCURDY,<br><br>    Plaintiff,<br><br>    v.<br><br>S. JOHNSON,<br><br>    Defendant. | Case No. 2:08-cv-01767-MMD-PAL<br><br>ORDER |

In its December 11, 2012, Order, the Court ordered Defendant Officer S. Johnson to show cause as to why default judgment should not be entered against him. (Dkt. no. 46.) As an additional courtesy, the Court ordered the United States Marshals Service ("USMS") to file under seal Mr. Johnson's address and telephone obtained via the previous subpoena issued on September 19, 2011, so that the Clerk may mail him with the summons, Complaint, and two relevant Court orders. (*Id.* at 3.) USMS informed the Court that per district policy, it did not retain this information.

Accordingly, IT IS ORDERED that:

1. The Clerk of Court shall issue a subpoena *duces tecum* to the Custodian of Records at North Las Vegas Detention Center directing the custodian to provide the last known address and telephone number of Officer S. Johnson (P #1657) to the United States Marshal Service no later than fourteen (14) days from service of the subpoena.

2. The Clerk of Court shall deliver the subpoena *duces tecum*, the summons, Complaint, and a copy of this Order to USMS.

3. USMS shall serve the subpoena *duces tecum* as well as a copy of this Order on the Custodian of Records for the North Las Vegas Detention Center.

4. USMS shall file any information produced by the custodian of records for North Las Vegas Detention Center under seal, in unredacted form, with the Court.

5. As a courtesy, the Clerk of Court shall use the address listed in the USMS' filing to mail Defendant Johnson the summons, Complaint, and copies of the Court's August 1, 2012, and December 11, 2012, Orders.

DATED THIS 17th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE