1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                        ***

9    LAURICE McCURDY,                        Case No. 2:08-cv-01767-MMD-PAL

10                          Plaintiff,
            v.                                           ORDER
11
     S. JOHNSON,                             (Plf.'s Motion for Entry of Clerk's Default –
12                                                       dkt. no. 54)
                            Defendant.
13

14

15         Before the Court is Plaintiff Laurice McCurdy's Motion for Entry of Clerk's Default.

16   (Dkt. no. 54.)   McCurdy filed this Motion seeking entry of Clerk's default, noting that

17   Defendant Officer S. Johnson failed to reply within thirty (30) days from the Court's

18   December 11, 2012, Order to Show Cause.   On February 19, 2013, Johnson filed a

19   Response to McCurdy's Motion, and requested 30 days from the time of his filing to file a

20   responsive pleading.

21         Under Fed. R. Civ. P. 55(a), the Clerk must enter a default "[w]hen a party against

22   whom a judgment for affirmative relief is sought has failed to plead or otherwise defend,

23   that failure is shown by affidavit or otherwise."   Here, the Clerk already entered default

24   against Johnson on April 27, 2012.   (*See* dkt. no. 34.)   Although the Court denied

25   Plaintiff's first Motion for Default Judgment (*see* dkt. no. 38), the entry of default remains

26   in this case, and McCurdy's latest motion is duplicative.   Furthermore, Johnson's

27   Response is his first filing in this Court, and represents an intent to defend this suit.

28   Accordingly, entry of default in this matter is inappropriate.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff Laurice McCurdy's Motion for

2  Entry of Clerk's Default (dkt. no. 54) is DENIED. Defendant Officer S. Johnson shall

3  have 30 days from the date of his Response (dkt. no. 55) to file a responsive pleading.

4  IT IS SO ORDERED.

5

6  DATED this 27th of February 2013.

7

8  _____
   MIRANDA M. DU
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28