# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURICE McCURDY,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS OFFICER JOHNSON,<br><br>          Defendants | Case No.: 2:08-cv-01767-JAD-PAL<br><br>**Order Denying Motions for Default Judgment (#58 and #62)** |

Currently before the Court are two Motions for Default Judgment (Docs. 58, 62), filed by Plaintiff Laurice McCurdy. Plaintiff argues that default should be entered against Defendant Johnson for his failure to answer or otherwise respond. However, on February 27, 2013, in its Order denying Plaintiff's Motion for Entry of Clerk's Default - dkt. No. 54, the Court gave Defendant Johnson until March 29, 2013, to file a responsive pleading. Doc. 56. Defendant timely filed his Answer (Doc. 59) on March 21, 2013, before that deadline expired. Accordingly,

**IT IS ORDERED** that Plaintiff's Motions for Default Judgment (Docs. 58, 62) are DENIED.

DATED: September 5, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE