# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Laurice McCurdy,

    Plaintiff,

v.

North Las Vegas Officer Johnson,

    Defendant.

Case No. 2:08-cv-1767-JAD-PAL

**Order re: Motions in Limine [#79, 80, 81]**

    Before the Court are Plaintiff's Motions in Limine 1-3 [Doc # 79, 80, 81] asking the Court to exclude various evidence at the time of trial. Discovery is still ongoing in this case, a motion for summary judgment is pending, and the deadline for dispositive motions was extended to December 31, 2013. In light of the procedural posture of this case, the Court hereby **DENIES** the pending motions in limine **[Doc #79, 80, 81]** without prejudice to Plaintiff's ability to renew these arguments and evidentiary objections at or near the time of trial when they can be ruled on in the proper context.

    DATED: November 19, 2013

                                                                _____
                                                                JENNIFER A. DORSEY
                                                                UNITED STATES DISTRICT JUDGE