## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURICE MCCURDY, | )<br>) |
| Plaintiff, | )  Case No. 2:08-cv-01767-JAD-PAL |
| vs. | )  **ORDER DENYING MOTION**<br>)  **[#114]** |
| NORTH LAS VEGAS<br>OFFICER JOHNSON, | )<br>) |
| Defendant. | ) |

Plaintiff Laurice McCurdy moves the court to strike from the record his second response to defendant's motion for summary judgment [#104]. On February 17, 2015, I ruled on the motion for summary judgment and noted that I was disregarding McCurdy's second response in my analysis because only his first-filed response was authorized. *See* Doc. 113 at 1, n.1. Because I have already disregarded the response and ruled on the motion for summary judgment, I deny the instant motion to strike the disregarded response as moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to strike his second-filed response **[#114] is DENIED** as moot.

DATED: May 1, 2015.

_____
**Jennifer A. Dorsey
United States District Judge**

CLERK TO NOTIFY:

Laurice McCurdy
Inmate #41911-048
Lompoc U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436