ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
North Las Vegas Officer
Stuart Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| LAURICE McCURDY,<br><br>   Plaintiff,<br><br>vs.<br><br>NORTH LAS VEGAS OFFICER JOHNSON,<br><br>   Defendants. | CASE NO. 2:08-cv-1767-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

4849-6748-2415.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 12 day of APRIL, 2016.            DATED this 23rd day of March 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP           GALLIAM WELKER & BECKSTROM, LLC.

_____                      _____
Robert W. Freeman                              Travis N. Barrick, Esq.
Nevada Bar No. 3062                            Nevada Bar No. 9257
Gregory S. Bean                                540 E. St. Louis Avenue
Nevada Bar No. 12694                           Las Vegas, Nevada 89117
6385 S. Rainbow Blvd, Suite 600                Attorneys for Plaintiff
Las Vegas, Nevada 89118
Attorney for Defendants

ORDER

IT IS SO ORDERED.    The Clerk of Court is instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED: April 12, 2016

4849-6748-2415.1

2